```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/15
```

**OSBORN LAW, P.C.**

295 MADISON AVENUE
NEW YORK, NEW YORK 10017

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 725 - 9808

March 17, 2015

*Request granted. The conference on March 20, 2015 at 4:30pm has been adjourned and rescheduled for March 27, 2015 at 3:00pm.*

**VIA ECF AND E-MAIL**

Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*SO ORDERED*

*Shira A. Scheindlin, USDJ*
*3/18/15*

Re:    *Folsom v. Novartis Pharm. Corp.*, Case No. 1:09-cv-06251-SAS
       *Marchain v. Novartis Pharm. Corp.*, Case No. 1:09-cv-02147-SAS
       *McCoy v. Novartis Pharm. Corp.*, Case No. 1:09-cv-03824-SAS
       *Novak v. Novartis Pharm. Corp.*, Case No. 1:09-cv-02144-SAS
       *Sauers v. Novartis Pharm. Corp.*, Case No. 1:09-cv-03823-SAS
       *Wilson (Duarte) v. Novartis Pharm. Corp.*, Case No. 1:09-cv-02146-SAS

Dear Judge Scheindlin:

Plaintiffs in the above-captioned actions, jointly with Novartis Pharmaceuticals Corporation, submit this request for a one-week continuance of the in-person conference currently set for March 20, 2015 at 4:30 p.m. At the February 4, 2015 hearing, the Court provided instructions and admonitions concerning scheduling, which the parties have been following. After March 25, 2015, the parties will be in position to provide the Court the concrete information that will be relevant to resolving any scheduling issues, should that be necessary.

March 17, 2015
Page 2

Thank you for your attention to this matter.

Respectfully,

*Daniel Osborn*

Daniel A. Osborn

cc: Donald R. McMinn (Hollingsworth LLP)